Report Date: April 12, 2017

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 12 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Derryl Thomas                Case Number: 0980 2:13CR00045-WFN-1

Address of Offender:                                    Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 4, 2013

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 48 months                Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Matthew F. Duggan                 Date Supervision Commenced: October 9, 2016

Defense Attorney:    Bryan P. Whitaker                 Date Supervision Expires: October 8, 2019

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On April 2, 2017, Mr. Thomas violated his conditions of supervised release in Spokane, Washington, for being arrested for driving under the influence of alcohol (DUI), case number 17-009288.<br><br>On October 12, 2016, the undersigned officer reviewed the conditions of supervision with Mr. Thomas, to include he shall not commit another Federal, state, or local crime. He signed his conditions on October 12, 2016, acknowledging he understood his conditions of supervised release. |

2      **Special Condition #18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On April 2, 2017, Mr. Thomas violated his conditions of supervised release in Spokane, Washington, by consuming alcohol. On April 2, 2017, Mr. Thomas was arrested for DUI, case number 17-009288. According to the police report, the arresting officer questioned Mr. Thomas regarding how much alcohol he had consumed. Mr. Thomas advised the arresting officer that "he had a couple." He also told the arresting officer that he had "two" approximately 4 hours ago. On April 3, 2017, Mr. Thomas notified the undersigned officer of the new law violation for DUI, to include admitting to having "one beer." Furthermore, on April 4, 2017, Mr. Thomas reported to the United States Probation Office and admitted to the undersigned officer that he had consumed "two beers" the night of his arrest for DUI.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/12/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

April 12, 2017
Date