PROB 12C
(6/16)

Report Date: December 6, 2017

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 06 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Antonio Derryl Thomas | Case Number: 0980 2:13CR00045-WFN-1 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 4, 2013

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 48 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: October 9, 2016 |
| Defense Attorney: | John Barto McIntire, IV | Date Supervision Expires: October 8, 2019 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/12/2017 and 08/30/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On October 12, 2016, the undersigned officer reviewed the conditions of supervision with Mr. Thomas, to include special condition number 17. Mr. Thomas signed his judgment, acknowledging an understanding of his conditions of supervised release. |
| | On November 6, 2017, Mr. Thomas provided a random urinalysis test at Pioneer Human Services as the color of the day for urinalysis testing was green, Mr. Thomas' assigned color. The urine sample tested presumptive positive for marijuana and was sent to Alere Toxicology for further testing. On November 20, 2017, the lab report was received confirming a positive result for marijuana. |

Prob12C
Re: Thomas, Antonio Derryl
December 6, 2017
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/06/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/6/17
Date