PROB 12C
(6/16)

Report Date: April 4, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 5 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Derryl Thomas              Case Number: 0980 2:13CR00045-WFN-1

Address of Offender:                      Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 4, 2013

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 48 months<br>TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan |
| Date Supervision Commenced: | October 9, 2016 |
| Defense Attorney: | Jon Barto McEntire, IV |
| Date Supervision Expires: | October 8, 2019 |

### PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/12/2017, 8/30/2017, 12/6/2017 and 12/14/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On October 12, 2016, the undersigned officer reviewed the conditions of supervision with Mr. Thomas, to include special condition number 17. Mr. Thomas signed his judgment, acknowledging an understanding of his conditions of supervised release.

On February 21, 2018, Mr. Thomas reported to the probation office for the purpose of a random urinalysis test. A urine sample was collected and tested presumptive positive for marijuana. The urine sample was sent to Alere Toxicology for further testing and on February 28, 2018, Alere Toxicology confirmed a positive result for the presence of marijuana.

Prob12C
Re: **Thomas, Antonio Derryl**
April 4, 2018
Page 2

Additionally, on March 14, 2018, Mr. Thomas reported to the probation office for the purpose of a random urinalysis test. A urine sample was collected and tested presumptive positive for marijuana. The urine sample was sent to Alere Toxicology for further testing and on March 19, 2018, Alere Toxicology confirmed a positive result for the presence of marijuana

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/12/2017, 8/30/2017, 12/6/2017, and 12/14/2018 that the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/04/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [X] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

4/5/18
Date